## APPLEGATE *v.* BOYLES.

APPEAL from the *Pulaski* Court of Common Pleas.

HANNA, J.—This was an action by *Boyles* against *Ap-
plegate* for breach of a written contract.

Verdict and judgment for the plaintiff.

The first error assigned is, that the oath was not admin-
istered to the jury according to law.   The statement in
the record is, that " after being tried and sworn to try the
issue joined," &c.

No exception was taken to the form of the oath upon
the trial, nor upon the motion for a new trial.   It is too
late to first raise the question in this Court.   *Lindley et al.*
v. *Kindall,* 4 Blackf. 189.   See, also, *Judah* v. *M'Namee,* 3
id. 271.—*Mann* v. *Clifton, id.* 304.

The next error assigned is that the Court erred in over-
ruling the motion for a new trial.   There is nothing in this
disclosed by the record, for the reason that the evidence is
not in the record.

May Term,
1858.

The next error complained of is that " no pleadings were filed or default taken." There is an answer and reply in the record, and there was a trial of the issue thereby made.

*Per Curiam.*—The judgment is affirmed, with 10 per cent. damages and costs.

*W. F. Lane* and *E. A. Greenlee*, for the appellant.

*D. D. Pratt*, for the appellee.